FILED
2009 NOV -4  A 10: 05
U.S. DISTRICT COURT
NEW HAVEN. CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERBER SCIENTIFIC INTERNATIONAL, INC., | |
| Plaintiff, | Civil Action No. 3:07-cv-01382-PCD |
| v. | |
| SATISLOH AG and SATISLOH NORTH AMERICA, INC. | |
| Defendants. | NOVEMBER 3, 2009 |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gerber Scientific International, Inc. and Defendants Satisloh AG and Satisloh North America, Inc. (collectively "Satisloh"), have moved for, and stipulated to, the dismissal, WITH PREJUDICE, of all claims and counterclaims asserted among them with each side to bear its own costs and fees, and neither party admitting liability.

Having considered the parties' motion and stipulation, and finding good cause, it is hereby GRANTED.

Dated at New Haven, Connecticut this 4th day of November, 2009.

BY THE COURT:

/s/ Peter C. Dorsey, SUSD.J